# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

RONALD D. FAGUNDES

            Plaintiff,

  vs.

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.

Case No. 3:19-cv-06188RSM

**ORDER FOR EAJA ATTORNEY FEES, COSTS AND EXPENSES**

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $5,087.32 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). This award is based on 2.21 hours of attorney work in 2019 at a rate of $205.25 per hour, and the 2020 rate of $206.77 for 22.41 hours of work, in this case in Federal District Court. No expenses or costs are awarded.

Any check for EAJA fees shall be mailed to Plaintiff's attorney, DEBRA J. VENHAUS, at the following address: P.O. Box 12488, Mill Creek, WA 98082.

DATED this 29th day of October, 2020.

1
2
3   RICARDO S. MARTINEZ
    CHIEF UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[No.: 3:19-cv-06188] - 2

Presented by:

s/Debra J. Venhaus
Debra J. Venhaus, WSBA 33458
Attorney for Plaintiff
P.O. Box 12488, Mill Creek, WA 98082
Tel: 425-332-3150

Approved for Entry:
s/Debra J. Venhaus (signed per authorization)
L. Jamala Edwards
Special Asst. U.S. Attorney
Attorney for Defendant

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to the following:

> L. Jamala Edwards
> Special Asst. U.S. Attorney
> Social Security Administration
> 701 Fifth Avenue, Suite 2900 M/S 221A
> Seattle, WA 98104

         s/Debra J. Venhaus
         Debra J. Venhaus, FBN 0997714
         Attorney for Plaintiff
         P.O. Box 12488
         Mill Creek, WA 98082
         Tel: 425-332-3150; Fax: 425-332-3195
         DJVLaw1@aol.com