UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

RONALD D. FAGUNDES

    Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

NO.  3:19-cv-06188-RSM

ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF PURSUANT TO FED R. CIV. P. 60(B)

Pursuant to Plaintiff's Unopposed Motion at Dkt. #22 and Federal Rule of Civil Procedure 60(b), the Order Granting Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) at Dkt. #21 is VACATED.

DATED this 2nd day of January, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF
No. 3:19-cv-06188-RSM - 1

1  Presented by:

2
   s/DEBRA J. VENHAUS
3  DEBRA J. VENHAUS, WSBA #33458
   Attorney for Plaintiff
4  3532 Austin Street
   Sarasota, FL 34231
5  Tel: 425-332-3150

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF
No. 3:19-cv-06188-RSM - 2